■ WALTER BECKER, Respondent, v. ERNEST RIECK, Defendant, and CHARLES BECKER, Appellant. — Order unanimously affirmed, with $25 costs and disbursements, upon the opinion of Special Term. (Appeal from order of

Onondaga Special Term denying motion by defendant Becker to dismiss plaintiff's complaint as to him.) Present — Williams, P. J. Bastow, Goldman, Halpern and McClusky, JJ. [19 Misc 2d 104.]